Attention to: clerks office
1300 south Harrison street room 1108
Fort Wayne Indiana, 46802

Case number/ CAUSE NO.: 1:17-CV-269-HAB

-FILED-

MAR 07 2022

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Motion to seal
Request to seal the case

This case is closed. I am experiencing serious privacy and safety concerns due to my records being public, especially because medical information is shared publicly. I would like to seal my case in whole. I am requesting a motion for court to seal case due to privacy and safety concerns. I do not want my case to be viewable to the public because I have been experiencing violations and disruptions in my life due very personal and medical information being public. Please seal my case.

Suha Mikhail